UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kevin Pachl, as next friend and parent of Sarah Pachl,

Plaintiff,

v.

Independent School District No. 11, Anoka-Hennepin,

Defendant.

Civil No. 01-302 JMR/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   The parties agree that no discovery is needed and this case will be resolved on cross motions for summary judgment.

2. Dispositive Motions:

   a. All dispositive motions shall be filed and scheduled for hearing prior to September 1, 2001.

   b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

   c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

APR 23 2001



FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Trial

a. This case shall be ready for trial on and after November 1, 2001, at which time it will be placed on the court's non-jury trial calendar.

DATED: April 20, 2001.

Franklin L Noel

FRANKLIN L. NOEL
Chief Magistrate Judge